# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR WALTHOUR,** *Plaintiff,* | **CIVIL ACTION** |
| v. | No. 18-5045 |
| **CITY OF PHILADELPHIA, et. al.,** *Defendants.* | |

## ORDER

**AND NOW**, this **6th** day of **March 2019**, upon consideration of Defendant, Bayada Nursing's, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 10), Defendant, Park Lane Manor's, Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 11), and Plaintiff's Response to the Motions to Dismiss (ECF No. 12), and in accordance with the Court's accompanying Memorandum it is hereby **ORDERED** as follows:

1. Defendant, Bayada Nursing's, Motion to Dismiss (ECF No. 10) is **GRANTED**;
2. Defendant, Park Lane Manor's, Motion to Dismiss (ECF No. 11) is **GRANTED**;
3. Plaintiff's Complaint is **DISMISSED**;
4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE